# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Tamesha Green, | : |
| | : |
| Plaintiff, | : Civil Action No.: 6:14-cv-00224-JDL |
| v. | : |
| Mid-Atlantic Finance Company, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 10, 2014

Respectfully submitted,

By: */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 10, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following part listed below:

B. Bruce Johnson, Esq.
Johnson & Silver, LLP
12720 Hillcrest Road, Suite 280
Dallas, Texas 75230
*Attorneys for Defendant*

                                        By /s/ Jenny DeFrancisco
                                              Jenny DeFrancisco