UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Tamesha Green, | : |
| | : |
| | : Civil Action No.: 6:14-cv-00224-JDL |
| Plaintiff, | : |
| v. | : |
| | : |
| Mid-Atlantic Finance Company, Inc., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Mid-Atlantic Finance Company, Inc., with prejudice and without costs to any party.

| Tamesha Green | Mid-Atlantic Finance Company, Inc. |
|---|---|
| /s/ Jenny DeFrancisco | _____ |
| Jenny DeFrancisco, Esq. | B. Bruce Johnson, Esq. |
| LEMBERG LAW LLC | JOHNSON & SILVER, LLP |
| 1100 Summer Street, 3rd Floor | 12720 Hillcrest Road, Suite 280 |
| Stamford, CT 06905 | Dallas, Texas 75230 |
| Telephone: (203) 653-2250 | Telephone: (972) 788-4610 |
| Facsimile: (203) 653-3424 | Facsimile: (972) 386-7694 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014 a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF), which sent notice of filing to the following:

B. Bruce Johnson, Esq.
12720 Hillcrest Road, Suite 280
Dallas, Texas 75230
*Attorney for Defendant*

By /s/ Jenny DeFrancisco
Jenny DeFrancisco, Esq.