**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| TAMESHA GREEN § | |
| § | |
| v. § | CASE NO. 6:14cv224-JDL |
| § | |
| MID-ATLANTIC FINANCE § | |
| COMPANY, INC. § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff Tamesha Green, filed suit against Mid-Atlantic Finance Company, Inc. on March 25, 2014. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

 So ORDERED and SIGNED this 15th day of July, 2014.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE